IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LASER DESIGN INTERNATIONAL,

    Plaintiff,

  v.

BJ CRYSTAL, INC, et al.,

    Defendants.

No. C 03-01179 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for hearing on October 7, 2005, on Plaintiff's motion for leave to file a second amended complaint. The Court HEREBY ORDERS that Defendants' opposition shall be due on September 6, 2005, and Plaintiff's reply, if any, shall be due on September 13, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 22, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE