**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, et al., | No. C 03-1179 JSW (MEJ) |
| Plaintiffs, | |
| vs. | ORDER CONTINUING SEPTEMBER 15, 2005, MOTION FOR SANCTIONS HEARING TO |
| BJ CRYSTAL, INC., et al., | |
| Defendants. | **OCTOBER 6, 2005.** |
| AND RELATED COUNTERCLAIMS _____/ | |

As the Court is unavailable on September 15, 2005, September 22, 2005, and September 29, 2005, the motion for sanctions is hereby CONTINUED to October 6, 2005 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco.

IT IS SO ORDERED.

Dated: September 13, 2005

MARIA-ELENA JAMES
United States Magistrate Judge