IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, et al., | No. C 03-1179 JSW (MEJ) |
| Plaintiffs, | |
| vs. | ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |
| BJ CRYSTAL, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS _____/ | |

On July 21, 2005, Plaintiffs filed a miscellaneous administrative request to file under seal, certain exhibits to the Declaration of Brian E. Mitchell in support of their motion for sanctions against Vitro Laser GmbH ("Vitro"), Cerion GmbH ("Cerion"), and Perkins Coie LLP. Plaintiffs filed their sealing motion based on their belief that Vitro and Cerion may allege the information contained in the exhibits are confidential. On August 2, 2005, this Court ordered defendants to make a showing whether plaintiffs' belief were accurate and supported by evidence. On August 12, 2005, defendants filed their response to this Court's order.

After having read all the submitted papers, the Court finds good cause, and that the motion is

narrowly tailored to seal only the particular information that is confidential.  Therefore, the Court hereby GRANTS plaintiffs' administrative motion to seal.

     IT IS SO ORDERED.

Dated:  September 18, 2005                       /s/ Maria-Elena James
                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California