COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
  tfriel@cooley.com
BRIAN E. MITCHELL (190095)
  bmitchell@cooley.com
ANTHONY J. PATEK (228964)
  apatek@cooley.com
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580
Telephone:    (415) 693-2000
Facsimile:    (415) 951-3699

Attorneys for Plaintiffs
LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; HIRSCH GIFT INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited liability partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; 3DLI, Inc., a Nevada corporation; and DOES 1-20,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Lead Case No. C03-1179 JSW (MEJ)<br><br>Consolidated with No. C03-3905 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING C. STIEFELMAYER GMBH & CO. KG** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

963961 v1/SF

STIPULATION AND PROPOSED
ORDER RE DISMISSAL
C03 01179 JSW

Norwood Operating Company, LLC d/b/a Norwood Promotional Products and Laser Design International, LLC (collectively "Plaintiffs"), and C. Stiefelmayer GMBH & Co. Kg ("Stiefelmayer") hereby stipulate to the dismissal of the above-entitled action, as to Stiefelmayer alone, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

COOLEY GODWARD LLP

By: _____/s/_____
BRIAN E. MITCHELL
Attorneys for Plaintiffs
LASER DESIGN INTERNATIONAL, LLC,
NORWOOD OPERATING GROUP

PERKINS COIE LLP

By: _____/s/_____
KENNETH B. WILSON
Attorneys for Defendant
C. STIEFELMAYER GMBH & CO. KG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 20, 2005

_____/s/ Jeffrey S. White_____
HONORABLE JEFFREY S. WHITE
United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

963961 v1/SF

1.

STIPULATION AND PROPOSED
ORDER RE DISMISSAL
C03 01179 JSW