**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; NORWOOD OPERATING COMPANY,<br><br>         Plaintiffs,<br><br>   v.<br><br>BJ CRYSTAL, INC, a California corporation; CASHMAN PHOTO ENTERPRISES OF NEVADA, a Nevada corporation; CRYSTAL MAGIC, INC., a Florida Corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company,<br><br>         Defendants.<br><br>AND RELATED COUNTERCLAIMS                                      / | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT** |

   Now before the Court is Plaintiffs' Motion For Leave to File Second Amended

Consolidated Complaint for Patent Infringement. Defendants have filed a statement of non-

1  opposition to the Plaintiffs' motion for leave to amend.  Accordingly, in light of the lack of
2  opposition by the parties to these motions, and in light of the liberal standards set forth in
3  Federal Rule of Civil Procedure 15, the Court GRANTS Plaintiffs' motion for leave to file its
4  Second Amended Consolidated Complaint for Patent Infringement.  The hearing date noticed
5  for October 7, 2005 is HEREBY VACATED.

6      Plaintiffs shall file their Second Amended Consolidated Complaint for Patent
7  Infringement within twenty (10) days of the date of this Order.  Defendants shall file a
8  responsive pleading or appropriate motion within twenty (20) days after service of the Second
9  Amended Consolidated Complaint for Patent Infringement.

10     The Court FURTHER ORDERS that Plaintiff's pending motion for administrative relief
11 to file documents under seal is DENIED as MOOT.

12 **IT IS SO ORDERED.**

14 Dated: September 21, 2005

15 JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

2