[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; CRYSTAL LASER CONCEPTS, LTD., a Nevada limited liability company; 3DLI, Inc., a Nevada corporation; ART GOLDMAN; SCOTT STANKO; OTHMAR VAN DAM; and DOES 1-19,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Lead Case No. C 03-1179 JSW (MEJ)<br>Consolidated with No. C 03-3905 JSW<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]<br>ORDER ALLOWING AMENDMENT OF<br>DEFENDANT CRYSTAL MAGIC, INC.'S<br>ANSWER TO SECOND AMENDED<br>COMPLAINT** |

By and through counsel, Plaintiffs and defendant Crystal Magic, Inc. ("Crystal Magic") stipulate as follows:

1. Crystal Magic may file an amendment to its Answer to Plaintiffs' Second Amended Complaint, in the form of the attached Exhibit A, to add a Sixth Affirmative Defense. Correspondingly, Crystal Magic agrees to provide certain discovery, relating to this defense, as set forth herein.

2. Crystal Magic will provide responses and objections to Document Requests, in the form of the attached Exhibit B, and responsive, non-privileged documents will be produced, and privilege documents will be placed on a privilege log, within 30 days.

3. Crystal Magic will provide verified responses and objections to special interrogatories, in the form of Exhibit C, within 30 days. These special interrogatories will not count towards the limit on interrogatories, as that limit relates to interrogatories that are served on all of the defendants in this case.

4. Crystal Magic will provide a representative for a deposition, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on the topic of its Sixth Affirmative Defense. This deposition will take place in the offices of Cooley Godward LLP, San Francisco, California, prior to earlier of (1) the next mediation for this case or, (2) this case's discovery cut-off date.

5. Crystal Magic will file an amendment to its Answer to Plaintiffs' Second Amended Complaint, in the form of the attached Exhibit A, within 5 days from the date of entry of this Stipulation and [Proposed] Order by the Court.

Dated: January 30, 2006

COOLEY GODWARD LLP

By: _____/s/_____
Brian E. Mitchell
Attorneys for Plaintiffs
LASER DESIGN INTERNATIONAL, LLC
and NORWOOD OPERATING COMPANY

1.

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)

1 | Dated: January 30, 2006

PERKINS COIE LLP

By: _____/s/_____
Kenneth B. Wilson
Attorneys for Defendants
BJ Crystal, Inc., Crystal Magic, Inc., Crystal Capture, Inc., Concord Industries, Inc., Jimac Marketing, Inc., U.C. Laser, Inc., Cerion GmbH, Vitro Laser GmbH and Meritage Graphics, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___February 1___, 2006

By: ____[signature]____
HONORABLE JEFFREY S. WHITE
United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)