**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>BJ CRYSTAL, INC., et al.,<br><br>    Defendants.<br>_____ / | No. C  03-1179 JSW (MEJ)<br><br>**ORDER CLARIFYING "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR SANCTIONS"** |

On November 18, 2005, the Court ordered defendants Vitro Laser GmbH and Cerion GmbH ("Defendants") to appear for second depositions "in the United States at Defendants' expense." Docket #273.  The parties now seek clarification as to what this Court means by "at Defendants' expense."  Accordingly, the Court hereby clarifies as follows: Defendants shall pay all expenses related to the depositions with the exception of attorneys' fees incurred by Plaintiffs in the preparing for and taking of these renewed depositions.  However, should Defendants, and specifically Defendants' counsel, act in a similar manner during these renewed depositions as they did during the first depositions, the Court **shall** impose additional sanctions in the form of attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  February 13, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2