[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; CRYSTAL LASER CONCEPTS, LTD., a Nevada limited liability company; 3DLI, Inc., a Nevada corporation; ART GOLDMAN; SCOTT STANKO; OTHMAR VAN DAM; and DOES 1-19,<br><br>Defendants. | Lead Case No. C 03-1179 JSW (MEJ)<br>Consolidated with No. C 03-3905 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO TAKE DEPOSITION OF THIRD-PARTY WITNESS** |

AND RELATED COUNTERCLAIMS

**STIPULATION AND [PROPOSED] ORDER**
C 03 01179 JSW (MEJ)

1 | Plaintiffs, Laser Design International, LLC and Norwood Operating Company
2 | ("Plaintiffs"), and Defendants, BJ Crystal, Inc., Crystal Magic, Inc., Crystal Capture, Inc., Jimac
3 | Marketing, Inc., Cerion GmbH, Concord Industries, Inc., and Vitro Laser GmbH ("Defendants"),
4 | by their undersigned counsel, hereby submit the following Stipulation Extending Time To Take
5 | Deposition of Third-Party Witness.  By and through counsel, Plaintiffs and Defendants stipulate
6 | as follows:

7 |     1.  During a deposition on March 1, 2006, a certain third-party witness – Jack Williams –
8 | was identified as a person who may have knowledge of relevant facts.

9 |     2.  Plaintiffs wish to take this person's deposition during the month of March 2006, prior
10 | to this case's discovery cut-off date (March 31, 2006).

11 |     3.  However, the witness has asserted that his work schedule makes it difficult to appear
12 | for deposition in that month and has requested a modest extension of time, asking that the
13 | deposition take place the week of April 3 through April 7, 2006.

14 |     4.  Accordingly, for the convenience of a third-party witness, the undersigned hereby
15 | stipulate that the deposition of Mr. Williams may occur during the week of April 3, 2006.

16 | Dated:  March 7, 2006

17 |                                 COOLEY GODWARD LLP

By: _____/s/_____
      Brian E. Mitchell
      Attorneys for Plaintiffs
      Laser Design International, LLC
      and Norwood Operating Company

22 | Dated:  March 7, 2006

23 |                                 PERKINS COIE LLP

By: _____/s/_____
      Scott Eads
      Attorneys for Defendants
      BJ Crystal, Inc., Crystal Magic, Inc., Crystal
      Capture, Inc., Jimac Marketing, Inc., Cerion
      GmbH, Concord Industries, Inc., and Vitro
      Laser GmbH

**STIPULATION AND [PROPOSED] ORDER**
C 03 01179 JSW (MEJ)

1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____March 28_____, 2006

By: _____/s/ Jeffrey S. White_____
HONORABLE JEFFREY S. WHITE
United States District Judge

985997 v2/SF