| | |
|---|---|
| 1 | [COUNSEL LISTED ON SIGNATURE PAGE] |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; CRYSTAL LASER CONCEPTS, LTD., a Nevada limited liability company; 3DLI, Inc., a Nevada corporation; ART GOLDMAN; SCOTT STANKO; OTHMAR VAN DAM; and DOES 1-19,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Lead Case No. C 03-1179 JSW (MEJ)<br>Consolidated with No. C 03-3905 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO TAKE DEPOSITION OF DEFENDANT G.W. PARTNERS INTERNATIONAL, INC.** |

987844 v1/SF

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)

1    Plaintiffs, Laser Design International, LLC and Norwood Operating Company
2    ("Plaintiffs"), and Defendant, G.W. Partners International, Inc., ("G.W. Partners"), by their
3    undersigned counsel, hereby submit the following Stipulation Extending Time To Take
4    Deposition of Defendant G.W. Partners International, Inc. By and through counsel, Plaintiffs and
5    G.W. Partners stipulate as follows:
6       1. Plaintiffs have noticed the deposition of G.W. Partners for March 24, 2006.
7       2. However, G.W. Partners and its counsel have asserted that an industry trade show and
8    trial, respectively, have made it difficult for them to appear for deposition in the month of March
9    (and the discovery cut-off date is March 31, 2006). They have requested a modest extension of
10   time, asking that the deposition take place on April 7, 2006.
11      3. In addition, G.W. Partners has agreed to provide Plaintiffs with responses to document
12   requests and interrogatories by April 3, 2006.
13      4. Accordingly, for the convenience of G.W. Partners and its counsel, the undersigned
14   hereby stipulate that the deposition of G.W. Partners may occur on April 7, 2006.

Dated: March 21, 2006

COOLEY GODWARD LLP

By: _____
Brian E. Mitchell
Attorneys for Plaintiffs
Laser Design International, LLC
and Norwood Operating Company

Dated: March 23, 2006

LAW OFFICES OF DAVID W. AFFELD

By: _____
David W. Affeld
Attorney for Defendant
G.W. Partners International, Inc.

987844 v1/SF                                 1.                    STIPULATION AND [PROPOSED] ORDER
                                                                   C 03 01179 JSW (MEJ)


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 28, 2006

By: /s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

987844 v1/SF

2.

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)