1 [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; CRYSTAL LASER CONCEPTS, LTD., a Nevada limited liability company; 3DLI, Inc., a Nevada corporation; ART GOLDMAN; SCOTT STANKO; OTHMAR VAN DAM; and DOES 1-19,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Lead Case No. C 03-1179 JSW (MEJ)<br>Consolidated with No. C 03-3905 JSW<br><br>STIPULATION AND [P<span style="text-decoration:line-through">ROPOSED</span>] ORDER MODIFYING A COURT-ORDERED DEADLINE FOR DEPOSITION OF DEFENDANT CRYSTAL MAGIC, INC. |

988222 v1/SF

STIPULATION AND [P~~ROPOSED~~] ORDER
C 03 01179 JSW (MEJ)

Plaintiffs, Laser Design International, LLC and Norwood Operating Company ("Plaintiffs"), and Defendant, Crystal Magic, Inc., ("Crystal Magic"), by their undersigned counsel, hereby submit the following Stipulation Modifying a Court-Ordered Deadline for the Deposition of Defendant Crystal Magic, Inc. By and through counsel, Plaintiffs and Crystal Magic stipulate as follows:

1. By stipulation and court order, attached as Exhibit A, Crystal Magic was required to appear in the offices of plaintiffs' counsel for a deposition on or before March 31, 2006.

2. However, Crystal Magic has stated that its designated witness is unable to appear for this deposition in the month of March and Crystal Magic has therefore requested a modification of the deadline and an extension of time. The parties and their attorneys have agreed that April 11, 2006 is a mutually convenient date for the deposition to occur.

3. Accordingly, for the convenience of Crystal Magic, the undersigned hereby stipulate that the deposition of Crystal Magic may occur on April 11, 2006.

Dated: March 27, 2006

COOLEY GODWARD LLP

By: _____/s/_____
Brian E. Mitchell
Attorneys for Plaintiffs
Laser Design International, LLC
and Norwood Operating Company

Dated: March 27, 2006

PERKINS COIE, LLP

By: _____/s/_____
Scott Eads
Attorneys for Defendants
BJ Crystal, Inc., Crystal Magic, Inc., Crystal Capture, Inc., Jimac Marketing, Inc., Cerion GmbH, Concord Industries, Inc., and Vitro Laser GmbH

988222 v1/SF

1.

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _____March 28_____, 2006

By: _____/s/ Jeffrey S. White_____
HONORABLE JEFFREY S. WHITE
United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

988222 v1/SF

2.

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)

# EXHIBIT A

1  [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
            SAN FRANCISCO DIVISION
10
11  LASER DESIGN INTERNATIONAL, LLC and
    NORWOOD OPERATING COMPANY,              Lead Case No. C 03-1179 JSW (MEJ)
                                            Consolidated with No. C 03-3905 JSW
              Plaintiffs,
12                                          STIPULATION AND [PROPOSED]
         v.                                 ORDER ALLOWING AMENDMENT OF
13                                          DEFENDANT CRYSTAL MAGIC, INC.'S
    BJ CRYSTAL, INC., a California corporation;   ANSWER TO SECOND AMENDED
14  CRYSTAL MAGIC, INC., a Florida          COMPLAINT
    corporation; U.C. LASER, INC., a New Jersey
15  corporation; VITRO LASER GROUP U.S.A.,
    INC., a Nevada corporation; JIMAC
16  MARKETING, INC., a Canadian corporation;
    CONCORD INDUSTRIES, INC., a Connecticut
17  corporation; CERION GMBH, a German limited
    liability company; CRYSTAL CAPTURE INC.,
18  a Texas corporation; CRYSTAL CAPTURE
    INTERNATIONAL, LLC, a Nevada limited
19  liability company; G.W. PARTNERS
    INTERNATIONAL, INC., a California
20  corporation; VITRO LASER GMBH, a German
    limited liability company; VITRO
21  INTERNATIONAL, LLC, a Nevada limited
    liability company; VITRO USA, LLC, a Nevada
22  limited liability company; MERITAGE
    GRAPHICS, INC., a Nevada corporation;
23  CRYSTAL LASER CONCEPTS, LTD., a
    Nevada limited liability company; 3DLI, Inc., a
24  Nevada corporation; ART GOLDMAN; SCOTT
    STANKO; OTHMAR VAN DAM; and DOES
25  1-19,
26            Defendants.
27  AND RELATED COUNTERCLAIMS
28



STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)

SF-003885

By and through counsel, Plaintiffs and defendant Crystal Magic, Inc. ("Crystal Magic") stipulate as follows:

1. Crystal Magic may file an amendment to its Answer to Plaintiffs' Second Amended Complaint, in the form of the attached Exhibit A, to add a Sixth Affirmative Defense. Correspondingly, Crystal Magic agrees to provide certain discovery, relating to this defense, as set forth herein.

2. Crystal Magic will provide responses and objections to Document Requests, in the form of the attached Exhibit B, and responsive, non-privileged documents will be produced, and privilege documents will be placed on a privilege log, within 30 days.

3. Crystal Magic will provide verified responses and objections to special interrogatories, in the form of Exhibit C, within 30 days. These special interrogatories will not count towards the limit on interrogatories, as that limit relates to interrogatories that are served on all of the defendants in this case.

4. Crystal Magic will provide a representative for a deposition, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on the topic of its Sixth Affirmative Defense. This deposition will take place in the offices of Cooley Godward LLP, San Francisco, California, prior to earlier of (1) the next mediation for this case or, (2) this case's discovery cut-off date.

5. Crystal Magic will file an amendment to its Answer to Plaintiffs' Second Amended Complaint, in the form of the attached Exhibit A, within 5 days from the date of entry of this Stipulation and [Proposed] Order by the Court.

Dated: January 30, 2006

COOLEY GODWARD LLP

By: _____/s/_____
Brian E. Mitchell
Attorneys for Plaintiffs
LASER DESIGN INTERNATIONAL, LLC
and NORWOOD OPERATING COMPANY

1.

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)

Dated: January 30, 2006

PERKINS COIE LLP

By: ___/s/___
Kenneth B. Wilson
Attorneys for Defendants
BJ Crystal, Inc., Crystal Magic, Inc., Crystal Capture, Inc., Concord Industries, Inc., Jimac Marketing, Inc., U.C. Laser, Inc., Cerion GmbH, Vitro Laser GmbH and Meritage Graphics, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __February 1__, 2006

By: _____[signature]_____
HONORABLE JEFFREY S. WHITE
United States District Judge