KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@perkinscoie.com
K.C. ALLAN, State Bar No. 231866
   kallan@perkinscoie.com
SCOTT EADS, Oregon State Bar No. 91040, admitted *pro hac vice*
   seads@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107-1909
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Defendants and Counterclaimants
BJ CRYSTAL, INC., CRYSTAL MAGIC, INC.,
JIMAC MARKETING, INC., CERION GMBH,
CRYSTAL CAPTURE, INC., VITRO LASER
GROUP USA, INC., CONCORD INDUSTRIES,
INC., AND VITRO LASER GMBH

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY,<br><br>        Plaintiffs,<br><br>   v.<br><br>BJ CRYSTAL, INC., et al.,<br><br>        Defendants.<br><br><br>AND RELATED COUNTERCLAIMS | Lead Case No. C 03-01179 JSW<br>Consolidated with No. C 03-03905 JSW<br><br>[PROPOSED]<br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND DISCOVERY CUTOFF WITH RESPECT TO LEDGER AND SUNMAN DEPOSITIONS<br><br>**Honorable Jeffrey S. White** |

      Having considered Defendants BJ Crystal, Inc., Crystal Magic, Inc., Jimac Marketing, Inc., Cerion GmbH, Crystal Capture, Inc., Vitro Laser Group USA, Inc., Concord Industries, Inc., and Vitro Laser GmbH's ("Defendants") Ex Parte Application To Extend Discovery Cutoff With Respect To Ledger And Sunman Depositions, and finding good cause therefore:

---

[PROPOSED] ORDER GRANTING LEAVE TO TAKE
DEPOSITIONS AFTER DISCOVERY CUTOFF
CASE NO. C 03-01179 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW

[41293-0001/BY060880.076]

1  IT IS HEREBY ORDERED that Defendants' application is granted. Defendants are
2  granted leave to take the depositions of Dr. Neville Richard Ledger and Mr. Robert Peter Sunman
3  after the March 31, 2006, discovery cut-off. Defendants shall conduct such depositions by no later
4  May 26, 2006.

5  DATED: April 18, 2006

_____
The Honorable Jeffrey S. White
Judge of the U.S. District Court

- 2 -
[PROPOSED] ORDER GRANTING LEAVE TO TAKE
DEPOSITIONS AFTER DISCOVERY CUTOFF
CASE NO. C 03-01179 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW

[41293-0001/BY060880.076]