[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BJ CRYSTAL, INC., et al.,<br><br>　　　　　Defendants. | Lead Case No. C 03-01179 JSW<br>Consolidated with No. C 03-03905 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO TAKE FACT DEPOSITION OF DR. ROBERT MARC CLEMENT** |

AND RELATED COUNTERCLAIMS

　　　　Plaintiffs Laser Design International LLC and Norwood Operating Company ("Plaintiffs"), and Defendants and counterclaimants BJ Crystal, Inc., Crystal Magic, Inc., Jimac Marketing, Inc., Concord Industries, Inc., Cerion GmbH, Crystal Capture, Inc., and Vitro Laser GmbH ("Defendants"), by their undersigned counsel, hereby submit the following Stipulation Extending Time to Take Deposition of Dr. Robert Marc Clement. By and through counsel, Plaintiffs and Defendants stipulate as follows:

　　　　1.　　Dr. Robert Marc Clement, a resident of the United Kingdom and one of the named inventors of United States Patent No. 5,206,496 C1, is also one of Plaintiffs' testifying experts.

---

2. Plaintiffs intend to provide Dr. Clement for an expert deposition in the United States. Plaintiffs have agreed to make Dr. Clement available for a fact deposition at that time.

3. Accordingly, the undersigned hereby stipulate that the deposition of Dr. Clement will take place on a day contemporaneous with the one set for Dr. Clement's expert deposition.

Date: March 29, 2006.

        PERKINS COIE LLP

        By: /s/ Scott D. Eads
            Scott D. Eads, Oregon State Bar No. 91040,
            admitted *pro hac vice*
            seads@perkinscoie.com
            180 Townsend Street, Third Floor
            San Francisco, California 94107-1909
            Telephone: (415) 344-7000
            Facsimile: (415) 344-7050

        Attorneys for Defendants and Counterclaimants
        BJ Crystal, Inc., Crystal Magic, Inc., Jimac Marketing,
        Inc., Concord Industries, Inc., Cerion GmbH, Crystal
        Capture, Inc., and Vitro Laser GmbH

Dated: March 29, 2006.

        COOLEY GODWARD LLP

        By: /s/ Brian E. Mitchell
            Brian E. Mitchell, State Bar No. 190095
            bmitchell@cooley.com
            Cooley Godward LLP
            One Maritime Plaza
            San Francisco, CA 94111-3580
            Telephone: (415) 693-2237
            Facsimile: (415) 951-3699

        Attorneys for Plaintiffs Laser Design International, LLC
        and Norwood Operating Company

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

2 | Dated: _____April 18_____, 2006.

By: *Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Judge

41293-0001-000000/PA060830.098

STIPULATION AND [~~PROPOSED~~] ORDER
LEAD CASE NO. C 03-01179 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW