KENNETH B. WILSON, State Bar No. 130009
  kwilson@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
  sshanberg@perkinscoie.com
K.C. ALLAN, State Bar No. 231866
  kallan@perkinscoie.com
SCOTT EADS, Oregon State Bar No. 91040, admitted *pro hac vice*
  seads@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California  94107-1909
Telephone:     (415) 344-7000
Facsimile:     (415) 344-7050

Attorneys for Defendants and Counterclaimants
BJ Crystal, Inc., Crystal Magic, Inc., Jimac Marketing, Inc.
Crystal Capture, Cerion GmbH, Concord Industries, Inc.,
and Vitro Laser GmbH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> BJ CRYSTAL, INC., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C 03-01179 JSW <br> Consolidated with No. C 03-3905 JSW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO OBTAIN DISCOVERY FROM NON-PARTY CRYSTALIX, INC. PURSUANT TO A SUBPOENA** |

Plaintiffs Laser Design International, LLC and Norwood Operating Company ("Plaintiffs"), and Defendant Crystal Magic, Inc. ("Crystal Magic"), by their undersigned counsel, hereby submit the following stipulation:

1.   Crystal Magic served a subpoena duces tecum on non-party Crystalix, Inc. ("Crystalix") on March 8, 2006.  The subpoena called for Crystalix to produce requested documents on March 21 and to designate a witness to appear for deposition under Fed. R. Civ. P. 30(b)(6) on March 28, 2006.

- 1 -

2. Crystalix has, through its counsel, objected to the scope of the subpoena. Crystalix has further requested that it be allowed additional time to confer with Crystal Magic regarding its response to the subpoena.

3. It appears that efforts to resolve Crystalix's objections will extend beyond the March 31, 2006 close of discovery for this case.

4. Plaintiffs and Crystal Magic have agreed that they are willing to cooperate with Crystalix's request for additional time to respond to the subpoena.

5. Accordingly, for the convenience of non-party Crystalix, the undersigned hereby stipulate that the discovery cutoff be extended until April 30, 2006 for purposes of discovery relating to the subpoena that Crystal Magic served on Crystalix.

DATED: March 28, 2006.

        COOLEY GOODWARD LLP

        By: /s/ Brian E. Mitchell
           Brian E. Mitchell
           Attorneys for Plaintiffs
           Laser Design International, LLC
           and Norwood Operating Company

DATED: March 28, 2006.

        PERKINS COIE LLP

        By: /s/ Scott D. Eads
           Scott D. Eads
           Attorneys for Defendants
           BJ Crystal, Inc., Crystal Magic, Inc., Crystal
           Capture, Inc., Jimac Marketing, Inc., Cerion
           GmbH, Vitro Laser Group U.S.A., Inc.,and
           Vitro Laser GmbH

- 3 -

1    Pursuant to stipulation, IT IS SO ORDERED.

2    DATED: _____April 18_____, 2006.

4                         By_____/s/ Jeffrey S. White_____

5                          Honorable Jeffrey S. White
                             United States District Court Judge