1  [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10 | LASER DESIGN INTERNATIONAL, LLC and | Lead Case No. C 03-1179 JSW (MEJ)
   | NORWOOD OPERATING COMPANY,          | Consolidated with No. C 03-3905 JSW
11 |
   |                  Plaintiffs,        | STIPULATION AND [PROPOSED]
12 |                                     | ORDER MODIFYING COURT-ORDERED
   |       v.                            | DEADLINES
13 |
   | BJ CRYSTAL, INC., a California corporation;
14 | CRYSTAL MAGIC, INC., a Florida
   | corporation; U.C. LASER, INC., a New Jersey
15 | corporation; VITRO LASER GROUP U.S.A.,
   | INC., a Nevada corporation; JIMAC
16 | MARKETING, INC., a Canadian corporation;
   | CONCORD INDUSTRIES, INC., a Connecticut
17 | corporation; CERION GMBH, a German limited
   | liability company; CRYSTAL CAPTURE INC.,
18 | a Texas corporation; CRYSTAL CAPTURE
   | INTERNATIONAL, LLC, a Nevada limited
19 | liability company; G.W. PARTNERS
   | INTERNATIONAL, INC., a California
20 | corporation; VITRO LASER GMBH, a German
   | limited liability company; VITRO
21 | INTERNATIONAL, LLC, a Nevada limited
   | liability company; VITRO USA, LLC, a Nevada
22 | limited liability company; MERITAGE
   | GRAPHICS, INC., a Nevada corporation;
23 | CRYSTAL LASER CONCEPTS, LTD., a
   | Nevada limited liability company; 3DLI, Inc., a
24 | Nevada corporation; ART GOLDMAN; SCOTT
   | STANKO; OTHMAR VAN DAM; and DOES
25 | 1-19,
26 |                  Defendants.
27 | AND RELATED COUNTERCLAIMS
28

991492 v3/SF

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)

1     Plaintiffs, Laser Design International, LLC and Norwood Operating Company
2 ("Plaintiffs"), and Defendants BJ Crystal, Inc., Crystal Magic, Inc., Crystal Capture, Inc., Jimac
3 Marketing, Inc., Cerion GmbH, Concord Industries, Inc., Vitro Laser GmbH, and G.W. Partners
4 (collectively "Defendants") by their undersigned counsel, hereby submit the following Stipulation
5 and Proposed Order Modifying Court-Ordered Deadlines relating to expert discovery. By and
6 through counsel, Plaintiffs and Defendants stipulate as follows:

7     1. This Court's Civil Minute Order re Further Case Management Conference, dated
8 January 20, 2006, has set the following deadlines for expert reports and discovery:

9     • Last day to serve opening expert reports: April 20, 2006;
10     • Last day to serve rebuttal expert reports: May 18, 2006;
11     • Close of expert discovery: June 1, 2006

12     2. However, Defendants have asked to extend time for some dates due to pending and
13 expected motions. Plaintiffs have agreed if all dates could be correspondingly moved.
14 Accordingly, the new dates that the parties have agreed to are as follows:

15     • Last day to serve opening expert reports: May 17, 2006
16     • Last day to serve rebuttal expert reports: June 16, 2006
17     • Close of expert discovery: July 3, 2006

18     3. In addition, the parties have stipulated to moving the last day for filing summary
19 judgment motions back by two weeks, from July 13, 2006 to July 27, 2006, to accommodate
20 moving these other dates.

21     4. No other dates set by this Court, including the last day for a hearing date on summary
22 judgment motions and the trial date, are effected by these extensions of time.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

991492 v3/SF     1.     STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
C 03 01179 JSW (MEJ)

5. Accordingly, the undersigned hereby stipulate to these modified dates.

Dated: April 18, 2006

          COOLEY GODWARD LLP

          By: _____/s/_____
               Brian E. Mitchell
               Attorneys for Plaintiffs
               Laser Design International, LLC
               and Norwood Operating Company

Dated: April 18, 2006

          PERKINS COIE, LLP

          By: _____/s/_____
               Scott Eads
               Attorneys for Defendants
               BJ Crystal, Inc., Crystal Magic, Inc., Crystal Capture, Inc., Jimac Marketing, Inc., Cerion GmbH, Concord Industries, Inc., and Vitro Laser GmbH

Dated: April 18, 2006

          THE LAW OFFICES OF DAVID W. AFFELD, A.P.C.

          By: _____/s/_____
               David W. Affeld
               Attorneys for Defendant and Counterclaimant
               G.W. Partners International, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____April 20_____, 2006

          By: _____[signature: Jeffrey S. White]_____
              HONORABLE JEFFREY S. WHITE
              United States District Judge