IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BJ CRYSTAL, INC., et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 03-1179 JSW (MEJ)<br><br>**ORDER VACATING MOTION TO COMPEL HEARING DATE ON MAY 18, 2006** |

Pursuant to Docket #328, the Motion to Compel hearing date is hereby vacated.

**IT IS SO ORDERED**.

Dated: April 28, 2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge