[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; CRYSTAL LASER CONCEPTS, LTD., a Nevada limited liability company; 3DLI, Inc., a Nevada corporation; ART GOLDMAN; SCOTT STANKO; OTHMAR VAN DAM; and DOES 1-19,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Lead Case No. C 03-1179 JSW (MEJ)<br>Consolidated with No. C 03-3905 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SETTING SETTLEMENT**<br>**CONFERENCE DATE** |

992356 v3/SF

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)

Plaintiffs, Laser Design International, LLC and Norwood Operating Company ("Plaintiffs"), and Defendants BJ Crystal, Inc., Crystal Magic, Inc., Crystal Capture, Inc., Jimac Marketing, Inc., Meritage Graphics, Inc., Cerion GmbH, Concord Industries, Inc., Vitro Laser Group U.S.A., and Vitro Laser GmbH (collectively "Defendants") by their undersigned counsel, hereby submit the following Stipulation and Proposed Order Setting Settlement Conference Date. By and through counsel, Plaintiffs and Defendants stipulate as follows:

1. On or about February 3, 2006, the parties notified this Court that they could not agree on a private mediator, and asked that the case be referred to a magistrate judge for a settlement conference.

2. The case was subsequently referred on March 28, 2006 to Magistrate Judge Brazil for this settlement conference.

3. The last day to have this settlement conference was set as April 21, 2006. However, Judge Brazil had no availability on or before this date, and his clerk has proposed dates in late May and June. The parties have selected and agreed to one of these available dates, which is June 6, 2006.

4. Accordingly, the parties jointly request that this Court issue an Order allowing a settlement conference to take place with Judge Brazil on June 6, 2006, or as soon thereafter as may be convenient for that court.

5. No other dates set by this Court, including the last day for a hearing date on summary judgment motions and the trial date, are effected by this request.

Dated: April 26, 2006

                  COOLEY GODWARD LLP

By: _____/s/_____
       Brian E. Mitchell
       Attorneys for Plaintiffs
       Laser Design International, LLC
       and Norwood Operating Company

992356 v3/SF

1.

STIPULATION AND [P~~ROPOSED~~] ORDER
C 03 01179 JSW (MEJ)

Dated: April 26, 2006

PERKINS COIE, LLP

By: _____/s/_____
Scott Eads
Attorneys for Defendants
BJ Crystal, Inc., Crystal Magic, Inc., Crystal Capture, Inc., Jimac Marketing, Inc., Meritage Graphics, Inc., Cerion GmbH, Concord Industries, Inc., Vitro Laser Group U.S.A., and Vitro Laser GmbH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____May 1____, 2006

By: _/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
United States District Judge

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: April 26, 2006        By: */s/ Brian Mitchell*

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

992356 v3/SF

2.

STIPULATION AND [PROPOSED] ORDER
C 03 01179 JSW (MEJ)