**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; NORWOOD OPERATING COMPANY,<br><br>    Plaintiffs,<br><br>  v.<br><br>BJ CRYSTAL, INC, a California corporation; CASHMAN PHOTO ENTERPRISES OF NEVADA, a Nevada corporation; CRYSTAL MAGIC, INC., a Florida Corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS / | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED FINAL INVALIDITY CONTENTIONS** |

Now before the Court is Defendants' motion for leave to file amended final invalidity contentions pursuant to Patent Local Rule 3-7. The Court finds that this matter is appropriate

for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for May 19, 2006 is VACATED. Having carefully considered the parties' arguments and the relevant legal authority, the Court finds that Defendants have made a sufficient showing of good cause for the amendment and thus GRANTS Defendants' motion for leave. The Court DENIES Plaintiffs' motion to strike.

To alleviate any potential prejudice flowing from Defendants' amendment, the Court is HEREBY EXTENDING the discovery deadline to August 18, 2006 to allow the parties to conduct discovery with respect to the newly asserted items of prior art. The Court FURTHER ORDERS that the following dates are CONTINUED as follows:

(1) Last day to file dispositive motions: October 13, 2006.

(2) Last day to hear dispositive motions: December 8, 2006 at 9:00 a.m.

(3) Pretrial Conference: February 29, 2007 at 2:00 p.m.

(3) Trial: March 19, 2007 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: May 16, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2