KENNETH B. WILSON, State Bar No. 130009
  kwilson@perkinscoie.com
SCOTT EADS, Oregon State Bar No. 91040, admitted *pro hac vice*
  seads@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
  sshanberg@perkinscoie.com
K.C. ALLAN, State Bar No. 231866
  kallan@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107-1909
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Defendants and Counterclaimants
BJ Crystal, Inc., Crystal Magic, Inc., Jimac
Marketing, Inc., Cerion GmbH, Crystal
Capture, Inc., Vitro Laser Group USA, Inc.,
and Vitro Laser GmbH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY,<br><br>                        Plaintiffs,<br><br>            v.<br><br>BJ CRYSTAL, INC., et al.,<br><br>                        Defendants. | Lead Case No. C 03-01179 JSW<br>Consolidated with No. C 03-03905 JSW<br>**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF EXPERT REPORT DEADLINES**<br><br>**Honorable Jeffrey S. White** |
| AND RELATED COUNTERCLAIMS | |

Plaintiffs Laser Design International, LLC and Norwood Operating Company ("Plaintiffs") and Defendants BJ Crystal, Inc., Crystal Magic, Inc., Jimac Marketing, Inc., Cerion GmbH, Crystal Capture, Inc., Vitro Laser Group USA, Inc., and Vitro Laser GmbH ("Defendants") by their undersigned counsel hereby stipulate as follows:

1. On May 17, 2006, the Court ordered that Defendants may amend their final invalidity contentions and that the discovery deadline is extended to August 18, 2006 for conducting discovery with respect to the newly asserted items of prior art.

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF
EXPERT REPORT DEADLINES
LEAD CASE NO. C 03-01179 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW

995275 v2/SF

2. Currently, the deadline for opening expert reports was May 17, 2006; the deadline for rebuttal expert reports is June 16, 2006, and the deadline for close of expert discovery is July 3, 2006.

3. In view of the extended discovery schedule, the undersigned hereby stipulate that rebuttal expert reports will be due on August 15, 2006 and expert discovery will close on September 15, 2006. Opening expert reports were served as scheduled on May 17, 2006. This modification will have no other effect on the schedule for the case.

Date: May 18, 2006.     **PERKINS COIE LLP**

By: /s/
Scott D. Eads, OSB No. 91040
Admitted *Pro Hac Vice*
Attorneys for Defendants and
Counterclaimants

Date: May 18, 2006.     **COOLEY GODWARD LLP**

By: /s/
Brian E. Mitchell
Attorneys for Plaintiffs
Laser Design International, LLC
and Norwood Operating Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 22, 2006     By: /s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF
EXPERT REPORT DEADLINES
LEAD CASE NO. C 03-01179 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW

995275 v2/SF