KENNETH B. WILSON, State Bar No. 130009
  kwilson@perkinscoie.com
SCOTT EADS, Oregon State Bar No. 91040, admitted *pro hac vice*
  seads@perkinscoie.com
ELIZABETH SCHWARTZ, Oregon State Bar No. 96112, admitted *pro hac vice*
  eschwartz@perkinscoie.com
STEFANI E. SHANBERG, State Bar No. 206717
  sshanberg@perkinscoie.com
DIETER H. HELLMOLDT, State Bar No. 221498
  dhellmoldt@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, Third Floor
San Francisco, California 94107-1909
Telephone:    (415) 344-7000
Facsimile:    (415) 344-7050

Attorneys for Defendants and Counterclaimants
BJ Crystal, Inc., Crystal Magic, Inc., Jimac
Marketing, Inc., Cerion GmbH, Crystal
Capture, Inc., Vitro Laser Group USA, Inc.,
Vitro Laser GmbH, and Meritage Graphics, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Lead Case No. C 03-01179 JSW<br>Consolidated with No. C 03-03905 JSW<br>**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF DEADLINES FOR LEDGER AND SUNMAN DEPOSITIONS**<br><br>**Honorable Jeffrey S. White** |

Plaintiffs Laser Design International, LLC and Norwood Operating Company ("Plaintiffs") and Defendants BJ Crystal, Inc., Crystal Magic, Inc., Jimac Marketing, Inc., Cerion GmbH, Crystal Capture, Inc., Vitro Laser Group USA, Inc., Vitro Laser GmbH, and Meritage Graphics, Inc. ("Defendants") by their undersigned counsel hereby stipulate as follows:

1. On April 18, 2006, the Court ordered that Defendants may take the depositions of Dr. Neville Richard Ledger and Mr. Robert Peter Sunman, both inventors of the patent at issue,

after the March 31, 2006 discovery cutoff. The Court further ordered that Defendants shall conduct those depositions by no later than May 26, 2006.

2. On May 17, 2006, the Court ordered that Defendants may amend their final invalidity contentions and that the discovery deadline is extended until August 18, 2006 for conducting discovery with respect to the newly-asserted items of prior art.

3. As of the date of this filing, the Senior Master of the Queen's Bench Division of the Supreme Court of England and Wales has not yet ruled on Defendants' request to take those depositions, which was submitted as a Letter of Request for International Judicial Assistance pursuant to the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.

4. In view of the extended discovery schedule and the fact that the Senior Master of the Queen's Bench Division has yet to issue an order on Defendants' Letter of Request, the undersigned hereby stipulate that Defendants may have until August 18, 2006 to complete the depositions of Dr. Neville Richard Ledger and Mr. Robert Peter Sunman.

Date: May 25, 2006.  **PERKINS COIE LLP**

By: /s/
Elizabeth Schwartz, OSB No. 96112
Admitted *Pro Hac Vice*
Attorneys for Defendants and
Counterclaimants

Date: May 25, 2006.  **COOLEY GODWARD LLP**

By: /s/
Brian E. Mitchell, State Bar No. 190095
Attorneys for Plaintiffs
Laser Design International, LLC
and Norwood Operating Company

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER RE MODIFICATION OF
DEADLINES FOR LEDGER AND SUNMAN DEPOSITIONS
LEAD CASE NO. C 03-01179 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW
PA061450.052

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: May 30, 2006                    By: _____
3                                              HONORABLE JEFFREY S. WHITE
                                                United States District Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF
DEADLINES FOR LEDGER AND SUNMAN DEPOSITIONS
LEAD CASE NO. C 03-01179 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW
PA061450.052