COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
    (tfriel@cooley.com)
BRIAN E. MITCHELL (190095)
    (bmitchell@cooley.com)
IAIN R. CUNNINGHAM (232357)
    (icunningham@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
LASER DESIGN INTERNATIONAL, INC. and NORWOOD
OPERATING COMPANY

**FILED**

JUN 0 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; CRYSTAL LASER CONCEPTS, LTD., a Nevada limited liability company; 3DLI, Inc., a Nevada corporation; ART GOLDMAN; SCOTT STANKO; OTHMAR VAN DAM; and DOES 1-19,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>[PROPOSED] ORDER PERMITTING COOLEY GODWARD TO BRING LAPTOPS AND PORTABLE PRINTER TO JUNE 6, 2006 SETTLEMENT CONFERENCE WITH HON. WAYNE D. BRAZIL |

WHEREAS:

1. The law firm of Cooley Godward has requested permission to bring a laptop and a portable printer to facilitate settlement discussions during the June 6, 2006, settlement conference;

THEREFORE:

It is ordered that the individuals associated with Cooley Godward which are listed on the pleading page be permitted to pass through security on June 6, 2006 and bring into the courtroom their laptops and a single portable printer to facilitate settlement discussions.

Dated: June 6, 2006

_____
Hon. Wayne D. Brazil

# Cooley Godward LLP

ATTORNEYS AT LAW

## FAX

THIS FACSIMILE AND THE INFORMATION IT CONTAINS ARE INTENDED TO BE A CONFIDENTIAL COMMUNICATION ONLY TO THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THIS ORIGINAL FAX TO THIS OFFICE BY MAIL.

101 California Street
5th Floor
San Francisco, CA
94111-5800

MAIN (415) 693-2000
FAX  (415) 693-2222

Offices:
Broomfield CO
Palo Alto, CA
Reston, VA
San Diego, CA
San Francisco, CA
Washington, DC

DATE: June 6, 2006

| PLEASE DELIVER TO: | PHONE NO.: | FAX NO.: |
|---|---|---|
| **Attn: Sarah**<br>USDC, ND of CA (San Francisco) | | (510) 637-3327 |

FROM: Iain R. Cunningham   PHONE: (415) 693-2135   REPLY FAX: (415) 693-2222

RE: Laser Design International, LLC, et al., v. BJ Crystal Magic, Inc., Case No. C 03-1179 JSW

| NUMBER OF PAGES, INCLUDING COVER PAGE: 3 | Client Number: 300329-201 |
|---|---|
| Originals Will Not Follow | Requestor #: 12529 |

MESSAGE:

Per our conversation, Please see attached [Proposed] Order Permitting Cooley to Bring Laptops. Thank you.

**If you do not receive all of the pages, please call
Sandra Warren at (415) 693-2354 as soon as possible.**