KENNETH B. WILSON, State Bar No. 130009
    kwilson@perkinscoie.com
SCOTT D. EADS, Oregon State Bar No. 91040, admitted *pro hac vice*
    seads@perkinscoie.com
ELIZABETH SCHWARTZ, Oregon State Bar No. 96112, admitted *pro hac vice*
    eschwartz@perkinscoie.com
DIETER H. HELLMOLDT, State Bar No. 221498
    dhellmoldt@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California  94111
Telephone:     (415) 344-7000
Facsimile:      (415) 344-7050

Attorneys for Defendants and Counterclaimants
Crystal Magic, Inc., Jimac Marketing, Inc., Cerion GmbH,
and Vitro Laser GmbH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CRYSTAL MAGIC, INC., et al., <br><br> Defendants. | Lead Case No. C 03-01179 JSW <br> Consolidated with No. C 03-03905 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RE MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF TO CONTINUE THE HEARING OF PERKINS COIE LLP'S MOTION TO WITHDRAW AS COUNSEL FOR JIMAC MARKETING, INC.** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Civil Local Rules 7-11 and 7-12, Defendants Crystal Magic, Inc., Jimac
Marketing, Inc., Cerion GmbH, and Vitro Laser GmbH, ("Defendants") and Plaintiffs Laser
Design International, Inc. and Norwood Operating Co., ("Plaintiffs," and collectively "the
Parties") by and through their respective counsel hereby stipulate, effective upon order of the
Court, as follows:

STIPULATION AND [PROPOSED] ORDER RE CONTINUATION OF
HEARING OF MOTION TO WITHDRAW
LEAD CASE NO. C 02 3378 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW

[41293-0001/BY062020.161]

1.    Perkins Coie LLP, ("Perkins") filed its Motion and Notice of Motion to Withdraw as Counsel for Jimac Marketing, Inc. ("Motion to Withdraw") on June 16, 2006, noticing the hearing for July 28, 2006;

2.    Perkins states that it recently discovered that it inadvertently did not serve Jimac Marketing, Inc. ("Jimac") with timely notice of the hearing;

3.    Perkins believes that Jimac should be provided with timely notice of the hearing of Perkins' Motion to Withdraw;

4.    The Parties are currently scheduled to appear before this Court on September 1, 2006, to present arguments relating to Defendants' Motion for Summary Judgment, to the extent that the Court determines that such argument would be necessary [per the text of the judge's recent order setting the briefing schedule];

5.    The Parties stipulate to move the hearing for the Motion to Withdraw to September 1 (the same day as the Motion for Summary Judgment), to the extent that the Court determines that a hearing is required, thereby allowing Perkins to provide adequate notice to Jimac.

Dated: July 24, 2006                    **PERKINS COIE** LLP


                                        By _____/s/_____
                                            Dieter H. Hellmoldt, State Bar No. 221498
                                        Attorneys for Defendants and Counterclaimants Crystal Magic, Inc., Jimac Marketing, Inc., Cerion GmbH and Vitro Laser GmbH


Dated: July 24, 2006                    **COOLEY GODWARD** LLP


                                        By _____/s/_____
                                            Brian. E. Mitchell, State Bar No. 190095
                                        Attorneys for Plaintiffs and Counterdefendants Laser Design International, Inc. and Norwood Operating Co.

STIPULATION AND [PROPOSED] ORDER RE CONTINUATION OF
HEARING OF MOTION TO WITHDRAW
LEAD CASE NO. C 02 3378 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW

41293-0001

1   PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

2

3   Dated: July 25, 2006

4                                   HONORABLE JEFFREY S. WHITE
                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER RE CONTINUATION OF
HEARING OF MOTION TO WITHDRAW
LEAD CASE NO. C 02 3378 JSW
CONSOLIDATED WITH NO. C 03-03905 JSW

41293-0001