```
 1  KENNETH B. WILSON, State Bar No. 130009
       kwilson@perkinscoie.com
 2  SCOTT EADS, Oregon State Bar No. 91040, admitted pro hac vice
       seads@perkinscoie.com
 3  ELIZABETH SCHWARTZ, Oregon State Bar No. 96112, admitted pro hac vice
       eschwartz@perkinscoie.com
 4  DIETER H. HELLMOLDT, State Bar No. 221498
       dhellmoldt@perkinscoie.com
 5  PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
 6  San Francisco, California  94111-4131
    Telephone:    (415) 344-7000
 7  Facsimile:    (415) 344-7050
 8  Attorneys for Defendants and Counterclaimants
    CRYSTAL MAGIC, INC., JIMAC MARKETING, INC.
 9  CERION GMBH, AND VITRO LASER GMBH
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CRYSTAL MAGIC, INC., a Florida corporation, JIMAC MARKETING, INC., a Canadian corporation, CERION GMBH, a German limited liability company, and VITRO LASER GMBH, a German limited liability company,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 03-01179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBTAIN DISCOVERY FROM NON-PARTY BAUBLYS CONTROL LASER PURSUANT TO A SUBPOENA** |

Plaintiffs Laser Design International, LLC and Norwood Operating Company ("Plaintiffs"), and defendants and counterclaimants Crystal Magic, Inc., Jimac Marketing, Inc.,

STIPULATION AND [PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　BY062260.124
C 03-01179 JSW (MEJ)

Cerion GmbH, and Vitro Laser GmbH ("Defendants," and collectively, "the Parties"), by their undersigned counsel, hereby submit the following stipulation:

1. This Court, in its May 16, 2006 order granting Defendants' motion for leave to file amended final invalidity contentions, extended the discovery deadline in this case until August 18, 2006 to allow the Parties to conduct discovery with respect to the ABBA and CAQE prior art.

2. Defendants served a subpoena *duces tecum* on non-party Baublys Control Laser ("Baublys") on July 28, 2006, requesting documents and testimony relating to, *inter alia*, the ABBA prior art. The subpoena called for Baublys to produce requested documents on August 7, 2006, and to designate a witness to appear for deposition under Fed. R. Civ. P. 30(b)(6) on August 16, 2006.

3. While it has agreed to produce some documents, Baublys has stated that it will be unable to comply with the noticed deposition date because its counsel will be unavailable until August 21, 2006.

4. Counsel for Plaintiffs has stated that it is unavailable from August 21 through the end of the month.

5. Moreover, Baublys has stated that it is unavailable from August 24 until mid-September because it must prepare for and attend an important industry trade show.

6. Based on the foregoing, the Parties have agreed to extend the time for taking of discovery relating to the ABBA prior art for the limited purposes of obtaining discovery from Baublys.

7. Accordingly, the undersigned hereby stipulate that the discovery cutoff be extended until October 8, 2006 for purposes of discovery relating to the subpoena that Defendants served on Baublys.

/ / / /

1  DATED: August 14, 2006.

2                                            COOLEY GOODWARD LLP

3                                            By: /s/ Iain Cunningham
                                                 Iain Cunningham
4                                                Attorneys for Plaintiffs
                                                 Laser Design International, LLC
5                                                and Norwood Operating Company

6

7  DATED: August 14, 2006.

8                                            PERKINS COIE LLP

9                                            By: /s/ Scott D. Eads
                                                 Scott D. Eads
10                                               Attorneys for Defendants
                                                 Crystal Magic, Inc., Jimac Marketing, Inc.,
11                                               Cerion GmbH, and Vitro Laser GmbH

12

13

14

15    Pursuant to stipulation, IT IS SO ORDERED.

16    DATED: __August 15, 2006__, 2006.

17

18                                           By_____/s/ Jeffrey S. White_____
                                                Honorable Jeffrey S. White
19                                              United States District Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER
C 03-01179 JSW (MEJ)

BY062260.124