KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
SCOTT EADS, Oregon State Bar No. 91040, admitted *pro hac vice*
   seads@perkinscoie.com
ELIZABETH SCHWARTZ, Oregon State Bar No. 96112, admitted *pro hac vice*
   eschwartz@perkinscoie.com
DIETER H. HELLMOLDT, State Bar No. 221498
   dhellmoldt@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California  94111-4131
Telephone:    (415) 344-7000
Facsimile:      (415) 344-7050

Attorneys for Defendants and Counterclaimants
CRYSTAL MAGIC, INC., JIMAC MARKETING, INC.
CERION GMBH, AND VITRO LASER GMBH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY, <br><br>Plaintiffs, <br><br>v. <br><br>CRYSTAL MAGIC, INC., a Florida corporation, JIMAC MARKETING, INC., a Canadian corporation, CERION GMBH, a German limited liability company, and VITRO LASER GMBH, a German limited liability company, <br><br>Defendants. | Case No. C 03-01179 JSW <br>Consolidated with No. C 03-3905 JSW <br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBTAIN DISCOVERY FROM NON-PARTY BERNARD BOLDUC PURSUANT TO A SUBPOENA** |
| AND RELATED COUNTERCLAIMS | |

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO OBTAIN DISCOVERY FROM NON-PARTY
BERNARD BOLDUC PURSUANT TO A SUBPOENA
Case No. C 03-01179 JSW

BY062280.170

Plaintiffs Laser Design International, LLC and Norwood Operating Company ("Plaintiffs"), and defendants and counterclaimants Crystal Magic, Inc., Jimac Marketing, Inc., Cerion GmbH, and Vitro Laser GmbH ("Defendants," and collectively, "the Parties"), by their undersigned counsel, hereby submit the following stipulation:

1. This Court, in its May 16, 2006 order granting Defendants' motion for leave to file amended final invalidity contentions, extended the discovery deadline in this case until August 18, 2006 to allow the Parties to conduct discovery with respect to the ABBA and CAQE prior art.

2. Defendants served a subpoena *duces tecum* on non-party Bernard Bolduc ("Bolduc") on or about August 7, 2006, requesting documents and testimony relating to, *inter alia*, the ABBA prior art. The subpoena called for Bolduc to produce requested documents, and to appear for deposition pursuant to the Québec Special Procedures Act on August 18, 2006.

3. Mr. Bolduc is on vacation through the end of August, and would have to interrupt his vacation and return to Canada to attend his deposition.

4. Counsel for the Parties have been unable to resolve certain deposition logistics in Québec, Canada.

4. Counsel for Plaintiffs has stated that it is unavailable from August 21 through the end of the month.

6. Based on the foregoing, the Parties have agreed to extend the time for taking of discovery relating to the ABBA prior art for the limited purposes of obtaining discovery from Bolduc.

7. Accordingly, the undersigned hereby stipulate that the discovery cutoff be extended until October 8, 2006 for purposes of discovery relating to the subpoena that Defendants served on Bolduc.

/ / / /

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO OBTAIN DISCOVERY FROM NON-PARTY
BERNARD BOLDUC PURSUANT TO A SUBPOENA
Case No. C 03-01179 JSW                                                                                  BY062280.170

1  DATED: August 16, 2006.

                                                   COOLEY GODWARD LLP

                                                   By: /s/ Iain Cunningham
                                                       Iain Cunningham
                                                       Attorneys for Plaintiffs
                                                       Laser Design International, LLC
                                                       and Norwood Operating Company

DATED: August 16, 2006.

                                                   PERKINS COIE LLP

                                                 By: /s/ Scott D. Eads
                                                   Scott D. Eads
                                                   Attorneys for Defendants
                                                   Crystal Magic, Inc., Jimac Marketing, Inc.,
                                                   Cerion GmbH, and Vitro Laser GmbH

Pursuant to stipulation, IT IS SO ORDERED.

DATED: August 18, 2006.

                                                By /s/ Jeffrey S. White
                                                  Honorable Jeffrey S. White
                                                  United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
TIME TO OBTAIN DISCOVERY FROM NON-PARTY
BERNARD BOLDUC PURSUANT TO A SUBPOENA
Case No. C 03-01179 JSW

BY062280.170