**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; NORWOOD OPERATING COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>BJ CRYSTAL, INC, a California corporation; CASHMAN PHOTO ENTERPRISES OF NEVADA, a Nevada corporation; CRYSTAL MAGIC, INC., a Florida Corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS            / | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**ORDER DENYING PERKINS COIE LLP'S MOTION TO WITHDRAW AS COUNSEL FOR JIMAC MARKETING, INC.** |

    On September 1, 2006 this Court granted the motion filed by Perkins Coie LLP to withdraw as counsel for Jimac Marketing, Inc. on the record. However, upon further

consideration, the Court HEREBY VACATES the order granting this motion. Perkins Coie represented that its client, Jimac Marketing, Inc., was provided notice of the motion by August 1, 2006, less than thirty-five days before the hearing. It thus appears that Jimac Marketing did not have sufficient notice of the pending motion to withdraw. Accordingly, the Court DENIES the motion to withdraw without prejudice. If Perkins Coie elects to re-notice the motion, it should provide at least thirty-five days notice to Jimac Marketing and file proof of such service.

**IT IS SO ORDERED.**

Dated: September 11, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE