| | |
|---|---|
| 1 | |
| 2 | KENNETH B. WILSON, State Bar No. 130009 |
|   |   kwilson@perkinscoie.com |
| 3 | SCOTT EADS, Oregon State Bar No. 91040, admitted *pro hac vice* |
|   |   seads@perkinscoie.com |
| 4 | ELIZABETH SCHWARTZ, Oregon State Bar No. 96112, admitted *pro hac vice* |

```
KENNETH B. WILSON, State Bar No. 130009
   kwilson@perkinscoie.com
SCOTT EADS, Oregon State Bar No. 91040, admitted pro hac vice
   seads@perkinscoie.com
ELIZABETH SCHWARTZ, Oregon State Bar No. 96112, admitted pro hac vice
   eschwartz@perkinscoie.com
DIETER H. HELLMOLDT, State Bar No. 221498
   dhellmoldt@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California  94111-4131
Telephone:     (415) 344-7000
Facsimile:     (415) 344-7050

Attorneys for Defendants and Counterclaimants
CRYSTAL MAGIC, INC., JIMAC MARKETING, INC.
CERION GMBH, AND VITRO LASER GMBH
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; and NORWOOD OPERATING COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>CRYSTAL MAGIC, INC., a Florida corporation, JIMAC MARKETING, INC., a Canadian corporation, CERION GMBH, a German limited liability company, and VITRO LASER GMBH, a German limited liability company,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO OBTAIN DISCOVERY FROM NON-PARTIES BAUBLYS CONTROL LASER AND BERNARD BOLDUC**<br><br>**Hon. Jeffrey S. White** |

STIPULATION AND [~~PROPOSED~~] ORDER
C 03-1179 JSW (MEJ)

PA062720047/41293-0001

1    Plaintiffs Laser Design International, LLC and Norwood Operating Company
2    ("Plaintiffs"), and defendants and counterclaimants Crystal Magic, Inc., Jimac Marketing, Inc.,
3    Cerion GmbH, and Vitro Laser GmbH ("Defendants"), by their undersigned counsel, hereby
4    submit the following stipulation:

    1.   This Court, in its May 16, 2006 order granting Defendants' motion for leave to file amended final invalidity contentions, set an August 18, 2006 deadline for discovery with respect to the ABBA and CAQE prior art.

    2.   The Parties subsequently stipulated to, and the Court approved, an extension of the deadline related to this discovery until October 8, 2006.

    3.   A Rule 30(b)(6) deposition of Baublys Control Laser ("Baublys") relating to the ABBA prior art was set for October 4, 2006. A subpoena has also been served on Bernard Bolduc, but a deposition date has not been set.

    4.   Plaintiffs have indicated a desire to postpone the Baublys deposition. Defendants do not oppose this extension and correspondingly wish to also extend time for taking the deposition of Bernard Bolduc.

    5.   The parties recently filed a stipulation, which the Court has approved, to extend the deadline for completing expert discovery in this case until January 15, 2007.

    6.   Accordingly, the undersigned hereby stipulate that the discovery cutoff be extended until January 15, 2007 for the purposes of obtaining discovery from Baublys and Mr. Bolduc. This time modification will have no other effect on the schedule for the case.

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER
C 03-1179 JSW (MEJ)

1010670 v2/SF

| | |
|---|---|
| 1 | DATED: September 29, 2006. |
| 2 | COOLEY GODWARD LLP |
| 3 | By: /s/ Brian E. Mitchell |
| | Brian E. Mitchell |
| 4 | Attorneys for Plaintiffs |
| | Laser Design International, LLC |
| 5 | and Norwood Operating Company |

DATED: September 29, 2006.

PERKINS COIE LLP

By: /s/ Scott D. Eads
　　Scott D. Eads
　　Attorneys for Defendants
　　Crystal Magic, Inc., Jimac Marketing, Inc.,
　　Cerion GmbH, and Vitro Laser GmbH

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __October 3__, 2006.

By_____/s/ Jeffrey S. White_____
　　Honorable Jeffrey S. White
　　United States District Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER
C 03-1179 JSW (MEJ)

1010670 v2/SF