IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LASER DESIGN INTERNATIONAL, LLC, et al.,

    Plaintiffs,

  v.

BJ CRYSTAL, INC., et al.

    Defendants.

No. C 03-01179 JSW

**ORDER REQUIRING STATUS REPORT**

On April 25, 2006, Defendant G.W. Partners International filed a motion for leave to file amended pleadings and to conduct limited discovery with respect to those pleadings. No further action has been taken by G.W. Partners International in connection with that motion. Accordingly, G.W. Partners and Plaintiffs shall submit a status report to the Court by no later than October 13, 2006, advising the Court of the status of this motion. In the event, G.W. Partners files a withdrawal of the motion by that date, the parties shall be excused from the requirement of submitting the status report to the Court.

**IT IS SO ORDERED.**

Dated: October 3, 2006

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE