ISBESTER & ASSOCIATES, LLP
A. James Isbester, SBN 129820
Elaine Stracker SBN 203529
3160 College Avenue, Suite 203
Berkeley, California 94705
Telephone: (510) 655-3014
Facsimile: (510) 655-3614
(jamie@iandalaw.com)
(elaine@iandalaw.com)

Attorneys for Plaintiff
Laser Design International, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL MAGIC, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C-03-1179 JSW<br>Consolidated w/No. C-03-3905 JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT<br><br>Date: December 8, 2006<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Before: Honorable Jeffrey S. White |

On December 8, 2006, Plaintiff's Motion To Remove Incorrectly Filed Document was heard by this Court before the Honorable Judge Jeffrey S. White.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

Isbester &
Associates, LLP

Case No. 03-1179

Page 1

1  After considering the materials and oral argument presented to the Court, and good cause
2  appearing:
3  IT IS HEREBY ORDERED that Plaintiff's motion to remove incorrectly filed document and
4  that the redacted copy be accepted instead is GRANTED.
5  IT IS SO ORDERED.
6
7  DATED: October 16, 2006
8
9  
10  The Honorable Judge Jeffrey S. White

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28