IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LASER DESIGN INTERNATIONAL, LLC, et al.,

    Plaintiffs,

v.

BJ CRYSTAL, INC., et al.

    Defendants.

No. C 03-01179 JSW

**ORDER RE ORDER REQUIRING STATUS REPORT**

On October 3, 2006, this Court issued an order requiring Defendant GW Partners International and Plaintiffs to file a joint status report on the status of GW Partners International's motion for leave to file amended pleadings and to conduct limited discovery with respect to those pleadings, because the motion was filed in April 2006 and no further action has been taken.

The Court has not received the requested status report or a notice from GW Partners that the motion has been withdrawn. Accordingly, the Court shall provide the parties with one further opportunity to advise the Court of the status of the motion **and on the status of GW Partners as a defendant in this action.**

The parties status report shall be due on October 27, 2006. If the Court does not receive a status report on that date, it shall deny the pending motion as moot.

**IT IS SO ORDERED.**

Dated: October 20, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE