United States District Court

For the Northern District of California

1
2
3
4
5
6    IN THE UNITED STATES DISTRICT COURT
7
     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    LASER DESIGN INTERNATIONAL, LLC;
     NORWOOD OPERATING COMPANY,
10                                                    Lead Case No. C 03-1179 JSW
            Plaintiffs,                               Consolidated with No. C 03-3905 JSW
11
        v.
12                                                    **ORDER SETTING BRIEFING**
     BJ CRYSTAL, INC, a California corporation;       **SCHEDULE**
13   CASHMAN PHOTO ENTERPRISES OF
     NEVADA, a Nevada corporation; CRYSTAL
14   MAGIC, INC., a Florida Corporation; U.C.
     LASER, INC., a New Jersey corporation;
15   VITRO LASER GROUP U.S.A., INC., a
     Nevada corporation; JIMAC MARKETING
16   INC., a Canadian corporation; CONCORD
     INDUSTRIES, INC., a Connecticut
17   corporation; C. STIEFELMAYER GMBH &
     Co. KG, a German limited partnership;
18   CERION GMBH, a German limited liability
     company; CRYSTAL CAPTURE INC., a
19   Texas corporation; CRYSTAL CAPTURE
     INTERNATIONAL, LLC, a Nevada limited
20   liability company; G.W. PARTNERS
     INTERNATIONAL, INC., a California
21   corporation; HIRSCH GIFT INC., a Texas
     corporation; VISIONS IN CRYSTAL, INC., a
22   California corporation; VITRO LASER
     GMBH, a German limited liability company,
23
            Defendants.
24   _____
25   AND RELATED COUNTERCLAIMS
     _____/
26
27        This matter is set for a hearing on December 8, 2006 on Plaintiff's Motion for Summary
28   Adjudication.  The Court HEREBY ORDERS that Defendants' opposition brief to this motion

1  shall be due by Friday, November 3, 2006 and Plaintiff's reply brief shall be due by 10:00 a.m.

2  on Monday, November 13, 2006.

3       If the Court determines that the matter is suitable for resolution without oral argument, it

4  will so advise the parties in advance of the hearing date.  If the parties wish to modify this

5  schedule, they may submit for the Court's consideration a stipulation and proposed order

6  demonstrating good cause for any modification requested.

7       **IT IS SO ORDERED.**

8

9  Dated: October 20, 2006

10                                                        JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California