A. James Isbester, SBN 129820
   jamie@iandalaw.com
Elaine Stracker, SBN 203529
   elaine@iandalaw.com
ISBESTER & ASSOCIATES, LLP
3160 College Avenue, Suite 203
Berkeley, California 94705
Telephone: 510-655-3014
Facsimile: 510-655-3614

Attorneys for Plaintiff
LASER DESIGN INTERNATIONAL, LLC

KENNEH B.WILSON, Bar No. 130009
   kwilson@perkinscoie.com
SCOTT D. EADS, Bar No. 91040, admitted *pro hac vice*
   seads@perkinscoie.com
ELIZABETH SCHWARTZ, Bar No. 96112, admitted *pro hac vice*
   eschwartz@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Telephone: 415-344-7000
Facsimile: 415-344-7050

Attorneys for Defendants and Counterclaimants
CRYSTAL MAGIC, INC., JIMAC MARKETING, INC.
CERION GMBH, AND VITRO LASER GMBH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC, et al., | Case No. C 03-1179 JSW |
| | Consolidated with No. C 03-3905 JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CRYSTAL MAGIC, INC., et al., | **Hon. Jeffrey S. White** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Laser Design International, LLC ("Plaintiff") and defendants and counterclaimants Crystal Magic, Inc., Jimac Marketing, Inc., Cerion GmbH, and Vitro Laser GmbH ("Defendants"), by their undersigned counsel, hereby submit the following stipulation:

1.      This Court, in its October 20, 2006, order set a hearing on December 8, 2006, on Plaintiff's Motion for Summary Adjudication.  The Court set the deadline for Defendants' opposition brief to this motion for November 3, 2006, and the deadline for Plaintiff's reply brief for November 13, 2006.

2.      The parties stipulate to and hereby request for good cause shown that this briefing schedule be modified by one week.  Counsel for both parties request this extension for good cause based on conflicting travel schedules.

3.      Defendants request a one-week extension because Defendants' primary counsel with respect to this matter was out of the office from October 16 to 23, when Plaintiff's brief was filed.

4.      Plaintiff requests a one-week extension because Plaintiff's counsel will be traveling on business to east Asia from November 5-11, returning only two days before Plaintiff's reply brief is currently scheduled to be filed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     5.     Accordingly, the undersigned hereby stipulate and request the following schedule:

2  the deadline for Defendants' opposition brief be extended one week to November 10, 2006, and

3  the deadline for Plaintiff's reply brief be extended one week to November 20, 2006.  The parties

4  do not request modification of the December 8, 2006, hearing on Plaintiff's Motion for Summary

5  Adjudication.

6

7  DATED: _____, 2006     **PERKINS COIE LLP**

8                By: s/ Scott D. Eads
                    Kenneth B. Wilson

9                    Scott D. Eads, OSB No. 91040
                    Elizabeth Schwartz

10                Attorneys for Defendants

11

12  DATED: _____, 2006     **ISBESTER & ASSOCIATES, LLP**

13                By: s/ A. James Isbester
                    A. James Isbester, SBN 129820

14                    Elaine Stracker

15                Attorneys for Plaintiff Laser Design
                International, LLC

16

17     Pursuant to stipulation, IT IS SO ORDERED.

18     Dated: October 26 _____, 2006.

19

20     _____
     Honorable Jeffrey S. White
     United States District Court Judge

21

22

23

24

25

26

27

28