COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
   (tfriel@cooley.com)
BRIAN E. MITCHELL (190095)
   (bmitchell@cooley.com)
IAIN R. CUNNINGHAM (232357)
   (icunningham@cooley.com)
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
NORWOOD OPERATING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRYSTAL MAGIC, INC., et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER DISMISSING NORWOOD OPERATING COMPANY FROM ACTION PURSUANT TO FRCP 25(C) DUE TO TRANSFER OF INTEREST** |

    1.    Plaintiffs Norwood Operating Company ("Norwood") and Laser Design International LLC ("LDI") represent and warrant that, on May 24, 2006, Norwood assigned its entire interest in U.S. Patent No. 5,206,496 ("the Patent-in-Suit") to co-plaintiff LDI; and

    2.    Plaintiffs represent and warrant that Norwood has, on May 24, 2006, also assigned its right to any damages for past infringement of the patent-in-suit to co-plaintiff LDI; and

    3.    Plaintiffs represent and warrant that LDI now possesses the sole right to claims for past, present, and future infringement of the patent-in-suit.

    In reliance on the foregoing representations, Defendants Crystal Magic, Inc., Cerion GmbH, Vitro Laser GmbH, and JIMAC Marketing, Inc., have agreed to enter into the following stipulation:

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1017327 v1/SF                                                           1.

IT IS THEREFORE STIPULATED AND AGREED, by undersigned counsel, subject to the Court's approval, that Plaintiff Norwood, by reason of the transfer of interest, now lacks adversity to any party and should be dismissed from this action pursuant to Federal Rule of Civil Procedure 25(c).

Plaintiff LDI shall remain as the sole Plaintiff to this action in place of Norwood.

ISBESTER & ASSOCIATES, LLP

/s/
A. James Isbester
3160 College Ave., Suite 203
Berkeley, CA 94705
Telephone:   (510) 655-3014
Facsimile:   (510) 655-3614
Attorneys for Plaintiff
LASER DESIGN INTERNATIONAL, LLC

COOLEY GODWARD LLP

/s/
Brian E. Mitchell (190095)
101 California Ave., Fifth Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222
Attorneys for Plaintiff
NORWOOD OPERATING COMPANY

PERKINS COIE LLP

/s/
Scott D. Eads (*pro hac vice*)
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050
Attorneys for Defendants
CRYSTAL MAGIC, INC., JIMAC MARKETING, INC., CERION GMBH, AND VITRO LASER GMBH

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: November 22, 2006                    By:   /s/ Brian E. Mitchell

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 28, 2006                    By:   /s/ Jeffrey S. White
                                                  Hon. Jeffrey S. White
                                                  United States District Judge

1017327 v1/SF                              2.