| | |
|---|---|
| 1 | **COUNSEL LISTED ON SIGNATURE PAGE** |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | NORTHERN DISTRICT OF CALIFORNIA |
| 9 | SAN FRANCISCO DIVISION |

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC, | Case No. C 03-1179 JSW |
| Plaintiff, | Consolidated with No. C 03-3905 JSW |
| v. | **STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF EXPERT REPORT DEADLINES** |
| CRYSTAL MAGIC, INC., et al., | |
| Defendants. | Before: The Honorable Jeffrey S. White |

Plaintiff Laser Design International, LLC ("LDI") and Defendants Crystal Magic, Inc., Cerion GmbH, and Vitro Laser GmbH by their undersigned counsel hereby stipulate as follows:

1. Currently, the deadline for the close of expert discovery is January 15, 2007.

2. However, one of LDI's experts in this case was injured last fall, and travel is still difficult for him.

3. Accordingly, the parties stipulate that expert discovery will close on February 25, 2007. This time modification will have no other effect on the schedule for the case.

Dated: December 13, 2006        **PERKINS COIE LLP**

By  s/ Scott D. Eads
Scott D. Eads, admitted *pro hac vice*
seads@perkinscoie.com
Tele: 503.727.2000
Attorneys for Defendants and Counterclaimants
Crystal Magic, Inc., Cerion GmbH, and Vitro Laser GmbH

Dated: December 13, 2006        **ISBESTER & ASSOCIATES LLP**

By  s/ A. James Isbester
A. James Isbester
Email: jamie@iandalaw.com
Tele: (510) 655-3014
Attorney for Plaintiff Laser Design International, LLC

Filers Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

By  s/ Scott D. Eads

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December  18  2006        By  /s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
United State District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER
41293-0001/LEGAL12578304.1
-2-
LEAD CASE NO. C 03-01179 JSW
CONSOLIDATED WITH C 03-03905 JSW