IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; NORWOOD OPERATING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BJ CRYSTAL, INC, a California corporation; CASHMAN PHOTO ENTERPRISES OF NEVADA, a Nevada corporation; CRYSTAL MAGIC, INC., a Florida Corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**ORDER RE MOTION TO STRIKE AND MOTION FOR LEAVE TO SERVE** |

On November 20, 2006, in connection with its reply brief in support of its motion for summary judgment, Plaintiff filed a motion to strike the declarations of Eric Van Stryland and Steven M. Rhodes, which were filed by Defendants in support of their opposition to Plaintiff's

motion for summary judgment. Plaintiff seeks to strike these declarations on the grounds that they contain expert rebuttal evidence submitted after the deadline for expert rebuttal reports had expired. Defendants did not file a response to Plaintiff's motion to strike. Instead, approximately one month later, on December 18, 2006, Defendants filed a motion for leave to serve an expert rebuttal report after the deadline. Defendants seek to have their motion heard on the same day Plaintiff's motion for summary judgment and motion to strike are scheduled to be heard.

The Court construes Defendants' motion for leave as an opposition to Plaintiff's motion to strike. Plaintiff's may file a reply brief in support of its motion to strike, and respond to Defendants' evidence and argument regarding the expert rebuttal report, by no later than January 5, 2007. The Court will address the parties' arguments regarding the expert rebuttal report at the same time it addresses Plaintiff's motion for summary judgment.

**IT IS SO ORDERED.**

Dated: December 20, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE