IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; NORWOOD OPERATING COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>BJ CRYSTAL, INC, a California corporation; CASHMAN PHOTO ENTERPRISES OF NEVADA, a Nevada corporation; CRYSTAL MAGIC, INC., a Florida Corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**ORDER RE MOTION TO STRIKE, MOTION FOR LEAVE TO SERVE, AND MOTION FOR SUMMARY JUDGMENT** |

   On December 20, 2006 the Court issued an order in which it construed Defendants' motion for leave to serve an expert rebuttal report after the deadline as an opposition to

Plaintiff's motion to strike the declarations of Eric Van Stryland and Steven M. Rhodes. The Court set a deadline of January 5, 2007 for Plaintiff to file a reply brief in support of its motion to strike, and to respond to Defendants' evidence and argument regarding the expert rebuttal report. Defendants contend that their motion for leave and Plaintiff's motion to strike address separate issues and seek leave to have both motions briefed and heard in conjunction with Plaintiff's motion for summary judgment.

The Court HEREBY VACATES its previous order construing Defendants' motion for leave as an opposition to the pending motion to strike and setting a deadline of January 5, 2007 for Plaintiff to respond and/or file a reply brief. The Court FURTHER ORDERS that the hearing on Plaintiff's motion for summary judgment is CONTINUED to March 2, 2007 at 9:00 a.m. Defendants may file an opposition to Plaintiff's motion to strike, and Plaintiff may file an opposition to Defendants' motion for leave, by no later than January 17, 2007. Defendants and Plaintiff may file their respective replies, if any, by no later than January 24, 2007. The Court will hear these motions in conjunction with Plaintiff's motion for summary judgment on March 2, 2007.

**IT IS SO ORDERED.**

Dated: January 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE