**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC; NORWOOD OPERATING COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>BJ CRYSTAL, INC, a California corporation; CASHMAN PHOTO ENTERPRISES OF NEVADA, a Nevada corporation; CRYSTAL MAGIC, INC., a Florida Corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW<br><br>**ORDER RE MOTION TO STRIKE, MOTION FOR LEAVE TO SERVE, AND MOTION FOR SUMMARY JUDGMENT** |

Plaintiff's motions for summary judgment and to strike and Defendant Crystal Magic, Inc.'s motion for leave to serve an expert rebuttal report are currently set for hearing on Friday,

March 2, 2007 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and the matters are deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for March 2, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: March 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE