| | |
|---|---|
| 1 | LAW OFFICES OF DAVID W. AFFELD |
| 2 | A Professional Corporation<br>David W. Affeld (State Bar No. 123922) |
| 3 | 12100 Wilshire Boulevard, Suite 780<br>Los Angeles, California 90025-7120 |
| 4 | Telephone: (310) 979-8700<br>Facsimile: (310) 979-8701 |
| 5 | Attorneys for Defendants and Counter-Claimants |
| 6 | G.W. Partners International, Inc.; Crystal Magic, Inc.;<br>Xeon Systems GmbH, aka Cerion GmbH; and<br>Vitro Laser GmbH |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC, *et al.*, | Lead Case No. C 03-1179 JSW |
| Plaintiffs, | **Consolidated with No. C 03-3905 JSW** |
| vs. | |
| BJ CRYSTAL, INC., *etc.*, *et al.*, | **[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

The Court has considered the proposed substitutions of attorney filed by Defendants and Counter-Claimants Crystal Magic, Inc., Xeon Systems GmbH, aka Cerion GmbH, and Vitro Laser GmbH (collectively, the "Defendants"), whereby The Law Offices of David W. Affeld, A.P.C., 12100 Wilshire Boulevard, Suite 780, Los Angeles, California 90025, (310) 979-8700, would substitute as counsel of record for the Defendants in place and instead of Perkins Coie LLP, and

-1-
**[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEYS - DEFENDANTS**

whereby Perkins Coie LLP would withdraw from representing the Defendants and serving as their counsel of record.

Good cause appearing therefor, IT IS ORDERED:

The Law Offices of David W. Affeld, A.P.C., 12100 Wilshire Boulevard, Suite 780, Los Angeles, California 90025, (310) 979-8700, may and hereby does substitute as counsel of record for the Defendants in place and instead of Perkins Coie LLP. Perkins Coie LLP has withdrawn from representing the Defendants and serving as their counsel of record.

Dated: April _5_ , 2007

_____
By:   Jeffrey S. White
United States District Court Judge

-2-
[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEYS - DEFENDANTS