ISBESTER & ASSOCIATES, LLP
A. James Isbester, SBN 129820
3160 College Avenue, Suite 203
Berkeley, California 94705
Telephone: (510) 655-3014
Facsimile: (510) 655-3614
(jamie@iandalaw.com)

Attorneys for Plaintiff
Laser Design International, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRYSTAL MAGIC, INC., et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C-03-1179 JSW<br>Consolidated w/No. C-03-3905 JSW<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF**<br><br>Trial Date: May 21, 2007<br>Time: 8:30 a.m.<br>Courtroom: 2, 17th Floor<br>Before: Honorable Jeffrey S. White |

　　　　The Court has considered the proposed substitution of attorneys filed by Plaintiff, Laser Design International, LLC, (hereinafter called "LDI") whereby Isbester & Associates, LLP, 3160 College Ave., Suite 203, Berkeley, California 94705, (510) 655-3014, would substitute as counsel of record for the Plaintiff in place and instead of Cooley Godward, and whereby Cooley Godward would withdraw from representing the Plaintiff and serving as their counsel of record.

　　　　Good cause appearing therefore, IT IS ORDERED:

---

[Proposed] Order Granting Substitution Of Attorneys
– Plaintiff, Laser Design International, LLC　　　　　　　　　　　　　　　　　　　　Case No. 03-1179
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

Isbester &
Associates, LLP

1  Isbester & Associates, LLP, 3160 College Ave., Suite 203, Berkeley, California 94705, (510)
2  655-3014, may and hereby does substitute as counsel of record for the Plaintiff in place and instead
3  of Cooley Godward. Cooley Godward has withdrawn from representing the Plaintiff and serving as
4  their counsel of record.

5  Dated: ~~April 04 , 2007~~  April 5, 2007

8  By:____*Jeffrey S. White*_____
9  Jeffrey S. White
   United States District Court Judge

---

[~~Proposed~~] Order Granting Substitution Of Attorneys
– Plaintiff, Laser Design International, LLC

Isbester & Associates, LLP

Case No. 03-1179
Page 2