United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LASER DESIGN INTERNATIONAL, LLC;
NORWOOD OPERATING COMPANY,

    Plaintiffs,

  v.

BJ CRYSTAL, INC, a California corporation;
CASHMAN PHOTO ENTERPRISES OF
NEVADA, a Nevada corporation; CRYSTAL
MAGIC, INC., a Florida Corporation; U.C.
LASER, INC., a New Jersey corporation;
VITRO LASER GROUP U.S.A., INC., a
Nevada corporation; JIMAC MARKETING
INC., a Canadian corporation; CONCORD
INDUSTRIES, INC., a Connecticut
corporation; C. STIEFELMAYER GMBH &
Co. KG, a German limited partnership;
CERION GMBH, a German limited liability
company; CRYSTAL CAPTURE INC., a
Texas corporation; CRYSTAL CAPTURE
INTERNATIONAL, LLC, a Nevada limited
liability company; G.W. PARTNERS
INTERNATIONAL, INC., a California
corporation; HIRSCH GIFT INC., a Texas
corporation; VISIONS IN CRYSTAL, INC., a
California corporation; VITRO LASER
GMBH, a German limited liability company,

    Defendants.

AND RELATED COUNTERCLAIMS
                                                               /

Lead Case No. C 03-1179 JSW
Consolidated with No. C 03-3905 JSW

**ORDER REFERRING CASE TO
MAGISTRATE JUDGE FOR
SETTLEMENT CONFERENCE**

       Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is HEREBY

REFERRED to referred to Magistrate Judge James Larson to conduct a settlement conference

on May 9, 2007 at 2:00 p.m., to be continued on May 11, 2007 at 10:00 a.m. if necessary.

**IT IS SO ORDERED.**

Dated: April 30, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom

2