ISBESTER & THACKRAY, LLP
A. James Isbester, SBN 129820
3160 College Avenue, Suite 203
Berkeley, California 94705
Telephone: (510) 655-3014
Facsimile: (510) 655-3614
(jamie@iandalaw.com)

Attorneys for Plaintiff
Laser Design International, LLC

LAW OFFICES OF DAVID W. AFFELD, A.P.C.
David W. Affeld, SBN 123992
12100 Wilshire Boulevard, Suite 780
Los Angeles, CA 90025
Telephone: (310) 979-8700
Facsimile: (310) 979-8701
(dwa@affeldlaw.com)

Attorney for Defendants Crystal Magic, Inc.,
Cerion GmbH, and Vitro Laser, GmbH

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL MAGIC, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C-03-1179 JSW<br>Consolidated w/No. C-03-3905 JSW<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

By and through their counsel, Plaintiff, Laser Design International, LLC ("Plaintiff"), and Defendants Crystal Magic, Inc, Cerion GmbH and Vitro Laser GmbH, ("Defendants"), hereby

stipulate to the entry of this order dismissing this action with prejudice, each party to bear its own costs and fees in the action. Plaintiff and Defendants stipulate that entry of this order dismissing this action is effective to dismiss all claims and counterclaims pending in this action between the parties, or which could have been brought in this action between any of the parties hereto.

**IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice as to any claims which were made or which could have been made in this action, and that each party shall pay its own costs and attorneys fees in the action.

Dated: May 9, 2007

_____
Jeffrey S. White
United States District Judge

STIPULATED TO BY THE PARTIES THROUGH COUNSEL:

*Plaintiff Laser Design International, LLC*

A. James Isbester
ISBESTER & THACKRAY, LLP
A. James Isbester, SBN 129820
3160 College Avenue, Suite 203
Berkeley, California 94705
Telephone: (510) 655-3014
Facsimile: (510) 655-3614
(jamie@iandalaw.com)

*Defendants Crystal Magic, Inc., Cerion GmbH and Vitro Laser GmbH*

David W. Affeld
LAW OFFICES OF DAVID W. AFFELD, APC
David W. Affeld, SBN 123922
12100 Wilshire Blvd., Suite 780
Los Angeles, CA 90025-7120
Telephone: (310) 979-8700
Facsimile: (310) 979-8701
(dwa@affeldlaw.com)